EUGENE F. COURTNEY *vs.* THE CONNECTICUT COMPANY.

First Judicial District.

Argued October 8th—decided November 8th, 1913.

ACTION to recover damages for injuries to the person and property of the plaintiff, alleged to have been caused

by the defendant's negligence, brought to the Superior Court in Hartford County and tried to the jury before *Case, J.;* by direction of the court the jury returned a verdict for the defendant, from the judgment upon which the plaintiff appealed. *No error.*

*Noble E. Pierce,* for the appellant (plaintiff).

*John T. Robinson,* for the appellee (defendant).

PER CURIAM. The jury could not, upon the evidence presented in this case, reasonably have found that the plaintiff was free from negligence proximately contributing to produce the injuries complained of. A verdict for the defendant was therefore properly directed. *Fay* v. *Hartford & Springfield Street Ry. Co.,* 81 Conn. 330, 338, 71 Atl. 364.

There is no error.